## DRIGGS v STATE

Ohio Appeals, 2nd Dist, Franklin Co

Decided Feb 26, 1931

For full opinion see 178 NE 15; 40 Oh Ap 130 (Oh Bar 1-5-32).